**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19−01326−hb                                                                 Chapter: 7

**In re:**
Travinia Italian Kitchen at Morrisville, LLC

**NOTICE TO FILE PROOF OF**
**CLAIM DUE TO RECOVERY OF ASSETS**

| Filed By The Court |
|---|
| **03/15/19** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By:  R Richardson, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436