# UNITED STATES BANKRUPTCY COURT

In re _____ ,   Case No. _____

**CHAPTER 7 MONTHLY OPERATING REPORT
PURSUANT TO 11 U.S.C. § 704(A)(8)**

Month Ending: _____   Date Case Filed: _____

Trustee: _____

1. Date of Order(s) to Operate                    Duration

   _____                        _____

   _____                        _____

   _____                        _____

2. Current Bond Amount: _____

3. Nature and reason for operation:

4. Current efforts to market estate property subject to operation (if applicable):

5. Estimated length of operation:

6. Do revenues exceed expenses during the reporting period (including projected Chapter 7 administrative expenses)?   YES ☐   NO ☐

   *If no, provide explanation as to why business/property is being operated:*

Rev. 2016-01

PAGE 1

7. Other significant activities affecting operation:

8. Is insurance adequate, current and sufficient to cover the loss of all assets?

   YES ☐    NO ☐    N/A ☐

| Type of Coverage | Carrier/Agent | Amount of Coverage | Policy Expiration Date | Amount and Date of Last Premium |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

9. Are state or county permits necessary?

   YES ☐    NO ☐

   *If yes, are they current?*

   YES ☐    NO ☐

10. Summary of Current Financial Conditions: (attach more sheets if needed)

| Type of Account | Depository | Beginning Book Balance | Ending Book Balance | Ending Bank Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total: |  |  |  |

11. Summary of cash receipts by source: (attach more sheets if needed)

| Source of Receipts | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
| Total: |  |

12. Specific Disbursements Relating to Current Period Operation: (attach check register if needed)

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **Total:** |  |

13. Are tax obligations current?

YES ☐    NO ☐

*If no, provide explanation as to which tax obligations are not current and why.*

14. Did the estate employ any W2 employees during the reporting period?

YES ☐    NO ☐

*If yes, state the number of employees and specify whether the estate is current on payroll obligations. If the estate is NOT current on payroll obligations, provide an explanation.*

15. Are there additional attachments in support of the report?

YES ☐    NO ☐

I, _____ , declare under penalty of perjury that I have fully read and understand the foregoing Chapter 7 Monthly Operating Report and that the information contained here is true and complete to the best of my knowledge.

Dated: _____