**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Travinia Italian Kitchen at Morrisville, LLC,<br><br>Debtor. | Case No. 19-01326-HB<br>Chapter 7 |

**CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that the NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS, dated September 6, 2019, was served by first class mail, postage prepaid with return address visible, on this 6th day of September, 2019, on all parties listed on the attached mailing matrix and to:


The Office of the U. S. Trustee by CM/ecf



Dated: September 6, 2019                    */s/ Patricia Ann Fort*
                                                    Patricia A. Fort, for:
                                                    John K. Fort, Chapter 7 Trustee
                                                    P.O. Box 789
                                                    Drayton, SC   29333
                                                    Phone: (864) 237-8284
                                                    Email: johnkfort@gmail.com