| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-7<br>Case 19-01326-hb<br>District of South Carolina<br>Spartanburg<br>Fri Sep  6 08:55:58 EDT 2019 | BB&T Bankruptcy Section<br>100-50-01-51<br>P.O. box 1847<br>Wilson, NC 27894-1847 | Branch Banking & Trust<br>PO Box 580050<br>Charlotte NC 28258-0050 |
| Christine E Brimm<br>Barton Brimm, PA<br>PO Box 2746<br>Murrells Inlet, SC 29576-2662 | Robert C. Byrd<br>Parker, Poe, Adams & Bernstein, LLP<br>200 Meeting Street, Suite 301<br>Charleston, SC 29401-3156 | Adam J. Floyd<br>Beal, LLC<br>1301 Gervais Street<br>Suite 1040<br>Columbia, SC 29201-3326 |
| John K Fort<br>PO Box 789<br>Drayton, SC 29333-0717 | Steven Barry Licata<br>Law Office of Steven B. Licata, P.C.<br>311 Bird Osland Rd<br>Ridgeway, SC 29130-8707 | Mark Craig<br>100 Castellan Way<br>Greer SC 29650-4252 |
| NWFCU<br>2545 Centerville Road<br>Herndon VA 20171-5008 | PARK WEST VILLAGE PHASE I LLC<br>250 CIVIC CENTER DRIVE<br>SUITE 500<br>COLUMBUS  OH 43215-5088 | Park West Village<br>PO Box 1450<br>Columbus OH 43216-1450 |
| Reinhart Foodservice, L.L.C.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1077 | Samuel C. Wisotzkey<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059 | SergJoe, Inc.<br>162 Stardale Rd<br>Morrisville NC 27560-7064 |
| SunTrust Bank<br>Parker Poe Adams & Bernstein LLP<br>c/o Robert C. Byrd<br>200 Meeting Street, Suite 301<br>Charleston, SC 29401-3156 | SunTrust Bank<br>305 Church at N. Hills St.<br>10th Floor<br>Raleigh NC 27609-2666 | Sysco of Columbia<br>131 Sysco Ct<br>Columbia SC 29209-5143 |
| The Craig Group<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Ki Charlottesville, LLC<br>1200 Woodruff Rd<br>C36<br>Greenville SC 29607-5751 | Travinia Italian Kitch Newport News, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 |
| Travinia Italian Kitchen  Lexington, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen Asheville, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen Holdings, Inc.<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 |
| Travinia Italian Kitchen Myrtle Beach, L<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen Woodbridge, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen at Aiken, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 |
| Travinia Italian Kitchen at Destin, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen at Leesburg, LL<br>1200 Woodruff Rd<br>C36<br>Greenville SC 29607-5751 | Travinia Italian Kitchen at Morrisville, LLC<br>1200 Woodruff Rd<br>C-36<br>Greenville, SC 29607-5751 |

```
Travinia Italian Kitchen at Richmond, LL      US Trustee's Office                        West Town Bank & Trust
1200 Woodruff Rd                              Strom Thurmond Federal Building            320 N Meridian
C36                                           1835 Assembly St.                          Ste 1011
Greenville SC 29607-5751                      Suite 953                                  Indianapolis IN 46204-1704
                                              Columbia, SC 29201-2448
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Branch Banking And Trust Company           (u)West Town Bank & Trust                  End of Label Matrix
                                                                                         Mailable recipients    32
                                                                                         Bypassed recipients     2
                                                                                         Total                  34
```