UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Case Number 19-01326 -HB

ORDER AUTHORIZING SALE OF PROPERTY
FREE AND CLEAR OF LIENS

The relief set forth on the following page, for a total of 2 pages, including this page, is hereby ORDERED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                                                    )         Case Number 19-01326-HB

Travinia Italian Kitchen at Morrisville, LLC   )         Chapter 7

_____Debtor._____)

## ORDER AUTHORIZING SALE OF PROPERTY
## FREE AND CLEAR OF LIENS

      This proceeding comes before the Court on the application of John K. Fort, Trustee for authority to sell free and clear of liens the estate's interest in all scheduled assets of the Debtor except cash, cash equivalents and any avoidance actions under the Bankruptcy Code (including actions under 11 U.S.C. §547 and 11 U.S.C. §548), to include, but not limited to all furniture, fixtures, equipment, inventory, intellectual property, and leases, filed September 6, 2019 for $125,000.00.

      The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court. The Trustee has represented to the Court that such sale is in the best interest of creditors of the Estate. The Trustee has informed the Court that liens claimed by BB&T should be paid from the sale as provided in the Notice and Application for Sale of Property Free and Clear of Liens

      If the sale does not close within 30 days of the date of this Order, the Trustee reserves the right to sell the property to a backup purchaser on the same terms and purchase price as stated in the Notice of Sale without further notice. The identity of the backup purchaser shall be disclosed in the Report of Sale filed with the Court. If the backup purchaser is an insider, the Trustee shall notify the United States Trustee prior to proceeding with the backup sale. It is therefore,

      ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the estate's interest in the above-described property, and that the lien claimed by B B & T the above-named creditors shall be paid from the proceeds as provided in the Notice and Application to Sell Free and Clear of Liens,

      AND IT IS SO ORDERED.